IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. MICHAEL MAULSBY o/b/o
SARAH ENID BECK,

      Plaintiff,

v.                                     CIV No. 13-0226 LH/SMV

CAROLYN COLVIN,
Acting Comm'r of SSA,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and

Recommended Disposition [Doc. 33] ("PF&RD"), issued on March 17, 2014. On reference by

the Court, [Doc. 32], the Honorable Stephan M. Vidmar, United States Magistrate Judge

recommended that Plaintiff's Motion to Reverse or Remand the Administrative Decision

[Doc. 23] be granted and that the case be remanded for further proceedings. [Doc. 33].

Specifically, Judge Vidmar found that the Administrative Law Judge failed to apply the correct

legal standards in evaluating the opinion of treating physician Ralph Luciani, D.O. *Id.* at 6–10.

He found that remand was necessary for proper evaluation of Dr. Luciani's opinion and

similarly for the opinion of Aaron Kaufman, D.O. *Id.* Finally, Judge Vidmar found that

because further administrative findings were needed, an immediate award of benefits was not

warranted. *Id.* No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 33] be **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand the Administrative Decision [Doc. 23] be **GRANTED** to the extent that the Commissioner's final decision should be **REVERSED** and that this case be **REMANDED** for further proceedings in accordance with the PF&RD [Doc. 33].

**IT IS FURTHER ORDERD** that Plaintiff's request for remand for an immediate award of benefits be **DENIED**.

**IT SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**